PD-0734-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/17/2015 9:28:06 AM
Accepted 6/18/2015 11:18:57 AM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **DARYL DOTSON** | § | **IN THE COURT OF CRIMINAL APPEALS** |
| | § | |
| **v.** | § | **STATE OF TEXAS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

**NOW COMES,** the Appellant, DARYL DOTSON, and moves for an extension of time to file the Appellant's Petition for Discretionary Review in this case, and in support thereof would show the following:

I.

a.    This case is pending below in the Criminal District Court No. 2 of Dallas County, Texas under Cause No. F11-63228-I, styled *State of Texas v. Daryl Dotson.* It is also pending in the Corpus Christi Court of Appeals under case number 13-13-00387-CR.

b.    Appellant was convicted of Capital Murder and sentenced to life imprisonment in the Texas Department of Criminal Justice. The judgment date was May 23, 2013. On June 4, 2015, the Court of Appeals affirmed the conviction.

c.    The deadline for filing the Appellant's Petition for Discretionary Review was July 4, 2015.

d.    Appellant requests an extension until August 4, 2015, to file the Petition for Discretionary Review.

e.    The reason for this request is that, in the last few weeks, counsel has been working on the following:

1.    Working on briefs in *United States v. Abdulrahman Odeh, Mufid Abdulqader, Ghassan Elashi, Mohammad El-Mezain, and Shukri Abu Baker* Nos. 15-10304, 15-10308, 15-10306, 15-10303, 15-10307, in the United States Court

**Motion for Extension of Time to File Appellant's Petition for Discretionary Review - Page 1**

of Appeals for the Fifth Circuit.

2.      Working on brief in *Tom Iles White III v. State of Texas*, No. 05-14-01359-CR, in the Dallas Court of Appeals.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Motion be granted.

Respectfully submitted,

/s/ Gary A. Udashen
GARY A. UDASHEN
Texas State Bar No. 20369590

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas  75201
214-468-8100
214-468-8104 fax

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Extension of Time to File Appellant's Brief was electronically delivered to the Dallas County District Attorney's Office, and to the State Prosecuting Attorney, on this the 17th day of June, 2015.

/s/ Gary A. Udashen
GARY A. UDASHEN